IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:13cv722-WHA |
| | ) |
| CHIEF KEVINI MURPHY, et al., | )           (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections to the Order and Recommendation of the Magistrate Judge (Doc. #14), entered on November 14, 2013, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 3rd day of December, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE